UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

| | | |
|---|---|---|
| **Case No.** CV 20-10051-MWF (PVCx) | | **Date:** November 18, 2021 |
| **Title:** | James Shayler v. MMWH Group LLC et al. | |

**Present:** The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

Deputy Clerk:                                    Court Reporter:
Rita Sanchez                                     Not Reported

Attorneys Present for Plaintiff:          Attorneys Present for Defendant:
None Present                                    None Present

**Proceedings (In Chambers):**         DISCHARGE OF ORDER TO SHOW CAUSE RE: SUMMARY JUDGMENT

On September 16, 2021, the Court issued an Order to Show Cause ("OSC") that required Plaintiff to explain why summary judgment should not be entered against him on the ground that he is not disabled, either for lack of standing or for failure to prove an element of his claim. (Docket No. 64). The OSC was issued because Defendants submitted photographic evidence of Plaintiff maneuvering uneven surfaces without a cane or walker, which is contrary to Plaintiff's description of his disability in his Complaint. (*See* Docket No. 60-1; Exhibits G-K).

On October 12, 2021, Plaintiff submitted a Response to the OSC. (Docket No. 66). The Response includes signed writings from five different licensed physicians that verifies Plaintiff suffers from multiple impairments that could substantially limit one or more major life activities, such as walking and standing. (Response at 1). These impairments qualify as a disability under the Americans with Disabilities Act ("ADA"). *See* 42 U.S.C. § 12102(1)(A).

Furthermore, the photographic evidence that Defendants submitted to rebut Plaintiff's disability was a collection of screenshots taken from a security video. Defendants claim that the security video "shows Plaintiff sprinting through a parking lot." (Docket No. 67 at 2). After watching the video, the Court disagrees. The video clearly shows that Plaintiff is walking – not sprinting – and Plaintiff's stride is noticeably impaired by discomfort.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.**  CV 20-10051-MWF (PVCx)          **Date:**  November 18, 2021
**Title:**  James Shayler v. MMWH Group LLC et al.

Plaintiff's response to the OSC demonstrates that Plaintiff is as a disabled person and thus protected under the ADA.  Accordingly, the OSC is **DISCHARGED**.

IT IS SO ORDERED.