Anoush Hakimi (SBN 228858)
anoush@handslawgroup.com
Peter Shahriari (SBN 237074)
peter@handslawgroup.com
Laura Steven (SBN 332168)
laura@handslawgroup.com
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
1800 Vine Street
Los Angeles, CA 90028
Telephone: (888) 635-2250
Facsimile: (213) 402-2170

Attorneys for Plaintiff,
**JAMES SHAYLER**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SHAYLER, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>MMWH GROUP LLC, a California limited liability company;<br>WASIM HAMAD, an individual; and DOES 1-10,<br><br>    Defendants. | Case No. 2:20-cv-10051-MWF-PVC<br><br>Hon. Michael W. Fitzgerald<br><br>**NOTICE AND REQUEST FOR COURT TO ISSUE SCHEDULING ORDER** |

  This case was filed more than a year ago on November 2, 2020. Plaintiff has repeatedly requested that Defendants have the early meeting of counsel required pursuant to Federal Rules of Civil Procedure 16 and 26. However, Defendants refuse to have such a meeting absent an order from the Court. The case is therefore

at a standstill and Plaintiff is being deprived of access to justice.

Plaintiff therefore respectfully requests that the Court issue an order requiring the parties to have the early meeting of counsel.

Dated: November 30, 2021                    THE LAW OFFICE OF HAKIMI & SHAHRIARI

                                            By:  /s/ Anoush Hakimi
                                                 ANOUSH HAKIMI, ESQ.
                                                 Attorney for Plaintiff James Shayler

OPPOSITION TO MOTION TO DISMISS THIRD AMENDED COMPLAINT