# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Shayler,<br><br>                                  Plaintiff(s)<br>              v.<br><br>MMWH Group LLC, et al.,<br><br>                                  Defendant(s) | CASE NUMBER:<br><br>CV 20-10051 MWF (PVCx)<br><br>MOTION RE: INFORMAL DISCOVERY DISPUTE |

The parties have requested an informal discovery conference with Magistrate Judge Pedro V. Castillo.

Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

A telephonic conference is set for Friday, January 14, 2022, at 11:30 a.m. Counsel for both parties are hereby ordered to appear.

The Courtroom Deputy Clerk will email call-in instructions to the parties.

Dated: January 11, 2022                                   By:        Marlene Ramirez
                                                                              Deputy Clerk