# EXHIBIT 30

| | |
|---|---|
| **From:** | Sahelian Law Offices |
| **To:** | Anoush Hakimi |
| **Cc:** | Ara Sahelian; Peter Shahriari; Lauren Davis; Valerie Bradbury; Reha Singh; Sharon Kawas; Corina Dela Cruz; Sabrina Jangda |
| **Subject:** | Re: Shayler v. MMWH - Request to Meet and Confer in re MSJ LR 7-3 |
| **Date:** | Tuesday, May 17, 2022 3:57:53 PM |

Mr. Hakimi!!

Why didn't you tell me your firm has now TRIED and WON TWO OUT OF TWO cases?
Are you being modest? Congratulations my friend!
So let's update your website, shall we?

**HAKIMI SHAHRIARI team proud to announce their victory - on their first and second trials out of law school!**

**"We want to thank our alma mater for providing us with an excellent education. We won two cases straight out of law school!" Messrs. Hakimi & Shahriari**


On Tue, May 17, 2022 at 11:08 AM Sahelian Law Offices <contact@sahelianlaw.com> wrote:

> I look forward to our scheduled call <u>this Friday</u>, Mr. Hakimi.
> In the meantime, I suggest you and Shahriari stop demeaning other attorneys' academic credentials.
> I know a lot of attorneys, and I have a long memory, Mr. Hakimi.
> Remember that next time you speak without thinking.
>
> On Tue, May 17, 2022 at 10:59 AM Anoush Hakimi <anoush@handslawgroup.com> wrote:
>
>> Dear Mr. Sahelian, this will confirm that I just called your office to have the meet and confer regarding Plaintiff's contemplated motion for summary judgment, that you refused to take the call and that I left a message. I left you my cell phone number. I have cleared my calendar and can meet and confer with you at any time today. Clearly you have sufficient free time to do so.
>>
>>
>> Best regards,
>>
>> _____

Anoush Hakimi, Esq.



THE LAW OFFICE OF

HAKIMI & SHAHRIARI

1800 Vine Street, Los Angeles, CA 90028

www.handslawgroup.com

This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited. Note: No attorney-client relationship is formed until the parties have signed an attorney-client agreement. Attorneys do not provide any tax advice. Please consult your tax professional.

---

**From:** Anoush Hakimi
**Sent:** Tuesday, May 17, 2022 10:55 AM
**To:** Sahelian Law Offices <contact@sahelianlaw.com>
**Cc:** Ara Sahelian <sahelianlaw@me.com>; Peter Shahriari <peter@handslawgroup.com>; Lauren Davis <lauren@handslawgroup.com>; Valerie Bradbury <valerie@handslawgroup.com>; Reha Singh <reha@handslawgroup.com>; Sharon Kawas <sharon@handslawgroup.com>; Corina Dela Cruz <corina@handslawgroup.com>; Sabrina Jangda <sabrina@handslawgroup.com>
**Subject:** RE: Shayler v. MMWH - Request to Meet and Confer in re MSJ LR 7-3

Mr. Sahelian, I will call you now to have the required meet and confer since you are free.

Regards,

_____

Anoush Hakimi, Esq.



THE LAW OFFICE OF

HAKIMI & SHAHRIARI

1800 Vine Street, Los Angeles, CA 90028

www.handslawgroup.com

This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited. Note: No attorney-client relationship is formed until the parties have signed an attorney-client agreement. Attorneys do not provide any tax advice. Please consult your tax professional.

**From:** Sahelian Law Offices <contact@sahelianlaw.com>
**Sent:** Tuesday, May 17, 2022 10:53 AM
**To:** Anoush Hakimi <anoush@handslawgroup.com>
**Cc:** Ara Sahelian <sahelianlaw@me.com>; Peter Shahriari <peter@handslawgroup.com>; Lauren Davis <lauren@handslawgroup.com>; Valerie Bradbury <valerie@handslawgroup.com>; Reha Singh <reha@handslawgroup.com>; Sharon Kawas <sharon@handslawgroup.com>; Corina Dela Cruz <corina@handslawgroup.com>; Sabrina Jangda <sabrina@handslawgroup.com>
**Subject:** Re: Shayler v. MMWH - Request to Meet and Confer in re MSJ LR 7-3

Mr. Hakimi, you've seemingly had lots of time to comment on others' academic credentials in the past.

I want to reciprocate (and share my joy for your recent success). I would think you would be pleased.

Where's Shahriari? He's quiet today.

On Tue, May 17, 2022 at 10:38 AM Anoush Hakimi <anoush@handslawgroup.com> wrote:

> Mr. Sahelian, when I requested that you meet and confer with me regarding plaintiff's contemplated motion for summary judgment, your office provided one single option for 10-days later. When I pushed back the only availability you had was the end of this week on Friday afternoon.
>
> It is evident from the past two days of email back and forth that you have sufficient time to meet and confer now, but that you refuse to meet and confer in bad faith. I request that you meet and confer with me regarding plaintiff's contemplated motion today. Despite the fact that I have multiple meetings on my calendar, I will reschedule any of them and meet and confer with you today **at any time**. If you refuse, plaintiff will proceed with filing his motion for summary judgment and I will attach this email thread as evidence of your bad faith refusal to timely meet and confer as required per Local Rule 7-3 when the motion is filed. I believe the emails speak for themselves.
>
> Best regards,
>
> _____
>
> Anoush Hakimi, Esq.
>
>   THE LAW OFFICE OF
>
> HAKIMI & SHAHRIARI
>
> 1800 Vine Street, Los Angeles, CA 90028
>
> www.handslawgroup.com
>
> This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited. Note: No attorney-client relationship is formed until the parties have signed an attorney-client agreement. Attorneys do not provide any tax advice. Please consult your tax professional.

**From:** Sahelian Law Offices <contact@sahelianlaw.com>
**Sent:** Tuesday, May 17, 2022 10:25 AM
**To:** Anoush Hakimi <anoush@handslawgroup.com>
**Cc:** Ara Sahelian <sahelianlaw@me.com>; Peter Shahriari <peter@handslawgroup.com>; Lauren Davis <lauren@handslawgroup.com>; Valerie Bradbury <valerie@handslawgroup.com>; Reha Singh <reha@handslawgroup.com>; Sharon Kawas <sharon@handslawgroup.com>; Corina Dela Cruz <corina@handslawgroup.com>
**Subject:** Re: Shayler v. MMWH - Request to Meet and Confer in re MSJ LR 7-3

I think this spectacular WIN, on the part of you and Shahriari, deserves a prominent spot on your WEBSITE.

May I suggest that you place it right next to where you provide your academic credentials:

**HAKIMI SHAHRIARI team proud to announce their victory - on their first trial out of law school!**

**"We want to thank our alma mater for providing us with an excellent education,**

**so we could win our first case straight out of law school!"**

**Messrs. Hakimi & Shahriari**

On Tue, May 17, 2022 at 7:46 AM Anoush Hakimi <anoush@handslawgroup.com> wrote:

> Ara, while you were screeching into the void I was enjoying my evening. I hope you have a wonderful and fulfilling day. Namaste.
>
> Anoush
>
>> On May 16, 2022, at 9:50 PM, Sahelian Law Offices

<contact@sahelianlaw.com> wrote:

Mr. Hakimi,

But you and Mr. Shahriari, both of you, should be proud!

You WON your first trial out of law school!

Don't you want others to know?

Would you like my staff to call your school newspaper tomorrow to give them the good news?

On Mon, May 16, 2022 at 9:40 PM Anoush Hakimi <anoush@handslawgroup.com> wrote:

> Ara, I just had a nice dinner with my family and I'm going to have a digestif (small after dinner drink) and go to be bed. It's been a wonderful day for me. Feel free to go off and screech into the void.
>
> :)
>
> Anoush
>
>> On May 16, 2022, at 9:12 PM, Ara Sahelian <sahelianlaw@me.com> wrote:
>>
>> I'm curious, Mr. Hakimi: that case that you tried with Mr.

Abraham (my apologies, that case that you AND Mr. Shahriari tried together), was that the first?

I would hope you told your staff you WON the case resoundingly by virtue of your superior academic credentials.

Regards,

SAHELIAN LAW OFFICES

23276 South Pointe Drive, Suite 216

Laguna Hills, CA 92653

(949) 859-9200


On May 16, 2022, at 18:35, Anoush Hakimi <anoush@handslawgroup.com> wrote:


Sure. We can also discuss the many ADA complaints that you filed as a plaintiff before you decided to start marketing yourself to ADA violators. Attached are a few.


Have a good night and a restful evening. Always nice to caucus with you.

---

**From:** Sahelian Law Offices <contact@sahelianlaw.com>
**Sent:** Monday, May 16, 2022 6:00 PM
**To:** Anoush Hakimi <anoush@handslawgroup.com>
**Cc:** ara sahelian <sahelianlaw@me.com>; Peter Shahriari <peter@handslawgroup.com>; Lauren Davis <lauren@handslawgroup.com>; Valerie Bradbury <valerie@handslawgroup.com>; Reha Singh <reha@handslawgroup.com>; Sharon Kawas

<sharon@handslawgroup.com>; Corina Dela Cruz <corina@handslawgroup.com>
**Subject:** Re: Shayler v. MMWH - Request to Meet and Confer in re MSJ LR 7-3

To be clear, Mr. Hakimi, Defendant will be filing its Motion for Summary Judgment concurrently. We'll discuss both at the conference.

And if we have time left, I'd like to have your take on your recent trial, that's the one with Mr. Abraham representing the Defendant.

I believe you and Mr. Shahriari tried that case together, correct?

On Mon, May 16, 2022 at 5:41 PM Sahelian Law Offices <contact@sahelianlaw.com> wrote:

> Hi Mr. Hakimi,
>
> May 20th at 4:45 PM is calendared on our end. Please call 949-859-9200. Thank you.
>
> Best,
>
> Audrey Fung
>
> Assistant to Mr. Sahelian
>
> --
>
> **SAHELIAN LAW OFFICES**
>
> #458
>
> 25108 Marguerite Pkwy, Ste A
>
> Mission Viejo, CA 92692-2400

(949) 859-9200
(949) 229-2849

On Mon, May 16, 2022 at 5:28 PM Anoush Hakimi <anoush@handslawgroup.com> wrote:

> That's fine. I will call him then.
>
> Regards,
>
> _____
>
> Anoush Hakimi, Esq.
>
> THE LAW OFFICE OF
>
> HAKIMI & SHAHRIARI

1800 Vine Street, Los Angeles, CA 90028

www.handslawgroup.com

This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited. Note: No attorney-client relationship is formed until the parties have signed an attorney-client agreement. Attorneys do not provide any tax advice. Please consult your tax professional.

**From:** Sahelian Law Offices <contact@sahelianlaw.com>
**Sent:** Monday, May 16, 2022 5:19 PM
**To:** Anoush Hakimi <anoush@handslawgroup.com>
**Cc:** ara sahelian <sahelianlaw@me.com>; Peter Shahriari <peter@handslawgroup.com>; Lauren Davis <lauren@handslawgroup.com>; Valerie Bradbury <valerie@handslawgroup.com>; Reha Singh <reha@handslawgroup.com>; Sharon Kawas <sharon@handslawgroup.com>; Corina Dela Cruz <corina@handslawgroup.com>
**Subject:** Re: Shayler v. MMWH - Request to Meet and Confer in re MSJ LR 7-3

Hi Mr. Hakimi,

Mr. Sahelian will make time for you on Friday, May 20th at 4:45 PM to meet and confer. Next time, we would appreciate a longer notice for such conferences. Thank you.

Best,

Audrey Fung

Assistant to Mr. Sahelian

--

**SAHELIAN LAW OFFICES**

#458

25108 Marguerite Pkwy, Ste A

Mission Viejo, CA 92692-2400

(949) 859-9200
(949) 229-2849

On Mon, May 16, 2022 at 5:09 PM Anoush Hakimi <anoush@handslawgroup.com> wrote:

> Counsel, this will confirm your refusal to reasonably and timely meet and confer with me this week, as requested. Plaintiff will file the motion and advise the Court of your refusal to timely meet and confer.

Regards,

_____

Anoush Hakimi, Esq.

THE LAW OFFICE OF

HAKIMI & SHAHRIARI

1800 Vine Street, Los Angeles, CA 90028

www.handslawgroup.com

This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited. Note: No attorney-client relationship is formed until the parties have signed an attorney-client agreement. Attorneys do not provide any tax advice. Please consult your tax professional.

**From:** Sahelian Law Offices <contact@sahelianlaw.com>
**Sent:** Monday, May 16, 2022 3:40 PM
**To:** Anoush Hakimi <anoush@handslawgroup.com>
**Cc:** ara sahelian <sahelianlaw@me.com>; Peter Shahriari <peter@handslawgroup.com>; Lauren Davis <lauren@handslawgroup.com>; Valerie Bradbury <valerie@handslawgroup.com>; Reha Singh <reha@handslawgroup.com>; Sharon Kawas <sharon@handslawgroup.com>; Corina Dela Cruz <corina@handslawgroup.com>
**Subject:** Re: Shayler v. MMWH - Request to Meet and Confer in re MSJ LR 7-3

Hi Mr. Hakimi,

Mr. Sahelian is available next week on May 25th at 4:30 PM. Thank you.

Best,

Audrey Fung

Assistant to Mr. Sahelian

--

**SAHELIAN LAW OFFICES**

#458

25108 Marguerite Pkwy, Ste A

Mission Viejo, CA 92692-2400

(949) 859-9200
(949) 229-2849

On Mon, May 16, 2022 at 2:11 PM Anoush Hakimi <anoush@handslawgroup.com> wrote:

> Counsel, please advise when you are available to meet and confer regarding plaintiff's contemplated motion for summary judgment this week. If you refuse to meet and confer plaintiff will file his motion and advise the Court of your refusal to meet and confer.
>
> Regards,
>
> _____
>
> Anoush Hakimi, Esq.
>
> THE LAW OFFICE OF

HAKIMI & SHAHRIARI

1800 Vine Street, Los Angeles, CA 90028

www.handslawgroup.com

This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited. Note: No attorney-client relationship is formed until the parties have signed an attorney-client agreement. Attorneys do not provide any tax advice. Please consult your tax professional.