UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

| | | |
|---|---|---|
| **Case No.** | CV 20-10051 MWF (PVCx) | **Date:** June 28, 2022 |
| **Title** | James Shayler v. MMWH Group LLC et al. | |

**Present:** The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| | |
|---|---|
| Deputy Clerk: | Court Reporter: |
| Rita Sanchez | Not Reported |
| | |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None Present | None Present |

**Proceedings (In Chambers):**   ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [85]

Before the Court is Plaintiff James Shayler's Motion for Summary Judgment (the "Motion"), filed on May 19, 2022. (Docket No. 85). Defendants Wasim Hamad and MMWH Group LLC filed an Opposition on June 6, 2022. (Docket No. 86). Plaintiff filed a Reply on June 13, 2022. (Docket No. 88).

The Motion was noticed to be heard on **June 27, 2022**. The Court read and considered the papers on the Motion and deemed the matter appropriate for decision without oral argument. *See* Fed. R. Civ. P. 78(b); Local Rule 7-15. The hearing was therefore **VACATED** and removed from the Court's calendar. Vacating the hearing was also consistent with General Order 21-08 and Order of the Chief Judge 21-124 arising from the COVID-19 pandemic.

In this action, Plaintiff brings multiple claims under the Americans with Disabilities Act ("ADA") against Defendants, the owners and operators of a small grocery store named "Balcom's Market" (the "Property"). (*See generally* Third Amended Complaint ("TAC") (Docket No. 56)). Plaintiff, a disabled individual, claims that he encountered various barriers on the Property that interfered with his ability to use and enjoy the goods and services offered. (*Id.*).

Defendants oppose the Motion on the basis that it is premature. The discovery cut-off in this action is set for July 29, 2022, yet Plaintiff filed this Motion on May 19, 2022. Defendants have still not deposed Plaintiff, and Defendants claim that there are

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.**  CV 20-10051 MWF (PVCx)          **Date:**  June 28, 2022
**Title:**     James Shayler v. MMWH Group LLC et al.

various discovery issues that remain unresolved. Conversely, Plaintiff argues that Defendants manufactured these discovery issues to avoid summary judgment.

     The Court will not address either party's arguments related to discovery conduct unless a discovery motion is before the Court. Simply put, the discovery period has not closed, and discovery issues remain unresolved. Ruling on a motion for summary judgment at this stage in the action would be premature. *Bellah v. Am. Airlines, Inc.*, No. CIV.S-080066FCDGGH, 2008 WL 2875449, at *1 (E.D. Cal. July 23, 2008) ("A party must have an adequate opportunity to develop his claims through discovery before summary judgment is appropriate.") (quotation omitted).

     Accordingly, the Motion is **DENIED** *without prejudice*.

     IT IS SO ORDERED.