UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 20-10051-MWF(PVCx)**                                Dated: **August 29, 2022**

Title:      James Shayler -v- MMWH Group, LLC, et al.

---

PRESENT:    HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

Rita Sanchez                        Amy Diaz
Courtroom Deputy                    Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:   ATTORNEYS PRESENT FOR DEFENDANTS:

Valerie Bradbury                    Ara Sahelian

**PROCEEDINGS:**      **IN PERSON MOTION FOR SUMMARY JUDGMENT [93]**

The Courtroom Deputy Clerk issues the Court's tentative ruling, prior to the hearing.

Case called, and counsel make their appearance. The Court invites counsel to present their oral arguments. Arguments by counsel are heard. For the reasons stated on the record, the Court takes the matter under submission. An order will issue.

Initials of Deputy Clerk   rs
-1-                                 :05 min