Ara Sahelian, Esq., [CBN 169257]
SAHELIAN LAW OFFICES
25108 Marguerite Pkwy, Ste A
Mission Viejo, CA 92692
949. 859. 9200
e-mail: contact@sahelianlaw.com
Attorneys for MMWH Group LLC and Wasim Hamad

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT

| | |
|---|---|
| James Shayler, | **CASE NO.:** |
| Plaintiff, | 2:20-cv-10051-MWF-PVC |
| vs. | The Honorable Michael W. Fitzgerald |
| MMWH Group LLC and Wasim Hamad, | **DECLARATION OF ARA SAHELIAN, ESQ. IN SUPPORT OF AN ORDER TO SHOW CAUSE AS TO PLAINTIFF'S FAILURE TO APPEAR AT MEDIATION** |
| Defendants, | |

# DECLARATION OF ARA SAHELIAN, ESQ. IN SUPPORT OF AN ORDER TO SHOW CAUSE AS TO PLAINTIFF'S FAILURE TO APPEAR AT MEDIATION

I, Ara Sahelian, Esq., hereby declare and state as follows:

1. I am an attorney duly authorized to practice law in all of the Courts of the State of California, the Southern, Central, and Northern Districts of California, and the Ninth Circuit Court of Appeals. I personally know the facts stated herein. If called upon to testify, I could and would competently testify to those facts and related facts that I rely upon to establish personal knowledge of the substantive facts asserted below:

2. I represent MMWH Group LLC and Wasim Hamad.

3. Pursuant to the Court's order, dated January 11, 2022, Docket 79, the Court mandated that mediation take place on or before September 16, 2022.

4. The parties agreed on Mr. Daniel Platt, Esq., panel mediator.

5. The parties further agreed to have a remote mediation take place on September 9, 2022 at 2:00 PM.

6. On September 9, 2022, at 2:00 PM, I attended the mediation with my client Wasim Hamad, individually and as principal of the MMWH Group LLC.

**7. Plaintiff's counsel appeared without the Plaintiff James Shayler**

**present.**

**8. At no time during the course of the mediation, which lasted about an hour and a half, did Plaintiff appear or participate.**

9. Plaintiff's deposition was taken recently, and he appeared to have no recollection that the within case was still active. He testified that the last time he had spoken to the Hakimi & Shahriari Firm was 3 or 4 months prior to his deposition.

10. Exhibit A is a true and correct copy of the deposition transcript from the case *Shayler v. Prairie Hospitality Group Inc. et al,* Superior Court of California County of Los Angeles, Case Number: 21TRCV00820, The Honorable Gary Y. Tanaka.

I declare under penalty of perjury under the laws of the State of California, and the United States of America, that the foregoing is true and correct.

Respectfully submitted:

Date: September 9, 2022                                    SAHELIAN LAW OFFICES

                                                                                  _____
                                                                                  Ara Sahelian, Esq.
                                                                                  Attorney for Defendants