Name, Address and Telephone Number of Attorney(s):
DANIEL A. PLATT (SBN 132665) dplatt@loeb.com tt
LOEB & LOEB LLP
10100 Santa Monica Blvd. Ste 2200, Los Angeles, CA 90067
310-282-2200

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JAMES SHAYLER, an individual, an individual

Plaintiff(s)

v.

MMWH GROUP LLC, a California limited liability company; ASIM HAMAD, an individual; and Does 1-10,

Defendant(s).

CASE NUMBER
2:20-cv-10051-MWF-PVC

**MEDIATION REPORT**

**Instructions:** *The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report.*

1. ☒ A mediation was held on (date): September 9, 2022.
   ☐ A mediation did not take place because the case settled before the session occurred.

2. The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:
   ☐ Appeared as required by L.R. 16-15.5(b).
   ☒ Did not appear as required by L.R. 16-15.5(b).
      ☒ Plaintiff or plaintiff's representative failed to appear.
      ☐ Defendant or defendant's representative failed to appear.
      ☐ Other:

3. Did the case settle?
   ☐ Yes, fully, on _____ (date).
   ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☐ Yes, partially, and further facilitated discussions are **not** expected.
   ☐ No, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☒ No, and further facilitated discussions are **not** expected.

4. If further facilitated discussions are expected, by what date will you check in with the parties?

Dated: September 12, 2022

/s/ Daniel A. Platt
Signature of Mediator

Daniel A. Platt
Name of Mediator (print)

*The Mediator must electronically file original document in CM/ECF using one of four choices under "Civil => Other Filings => ADR/Mediation Documents => Mediation Report (ADR-3)."*

ADR-03 (10/19)   MEDIATION REPORT   Page 1 of 1

American LegalNet, Inc.
www.FormsWorkFlow.com