UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 20-10051 MWF (PVCx)**                                Date:  September 26, 2022

Title   **James Shayler v. MMWH Group LLC, et al.**

Present: The Honorable:   **MICHAEL W. FITZGERALD, United States District Judge**

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

    The Court has reviewed Defendants' Application for the Court to Issue an Order to Show Cause as to Plaintiff's Failure to Appear at Mediation (the "Application"), filed September 9, 2022, and the Mediation Report, filed September 12, 2022.  (Docket Nos. 102 and 103).   The mediator, Daniel A. Platt, presided at this mediation as a member of the Court's Attorney Settlement Officer Panel.  Based on the Application and Mediation Report, it appears that Plaintiff James Shayler failed to appear at the mediation held on September 9, 2022.

    Local Rule 16-15.5(b) states:

> APPEARANCE BY PARTY – Each party shall appear at the settlement proceeding in person or by a representative with final authority to settle the case ….

    The Court **ORDERS** Plaintiff to show cause in writing why this action should not be dismissed for failure to prosecute and to comply with Court orders.  A response of no more than six pages **must** be filed on or before **October 7, 2022.**

    No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | |
|---|---|---|
| Case No. | **CV 20-10051 MWF (PVCx)** | Date: September 26, 2022 |
| Title | **James Shayler v. MMWH Group LLC, et al.** | |

respond to the Order to Show Cause by **October 7, 2022** will result in the dismissal of this action.

IT IS SO ORDERED.

Initials of Preparer: RS/sjm