Ara Sahelian, Esq., [CBN 169257]
SAHELIAN LAW OFFICES
25108 Marguerite Pkwy, Ste A
Mission Viejo, CA 92692
949. 859. 9200
e-mail: contact@sahelianlaw.com
Attorneys for MMWH Group LLC and Wasim Hamad

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT**

| | |
|---|---|
| James Shayler,<br><br>Plaintiff,<br><br>vs.<br><br>MMWH Group LLC and Wasim Hamad,<br><br>Defendants, | **CASE NO.:**<br><br>2:20-cv-10051-MWF-PVC<br><br>The Honorable Michael W. Fitzgerald<br><br>**STATUS OF SETTLEMENT** |

## **STATUS OF SETTLEMENT**

The parties have not reached resolution. While overall the parties are open to the concept of a settlement, Plaintiff insists on certain terms, to which Defendants will not agree.

Moreover, Plaintiff has not yet received cooperation on pre-trial documents despite repeated requests.

Respectfully submitted:

Dated: 10/24/22

SAHELIAN LAW OFFICES

_____

Ara Sahelian, Esq.
