Anoush Hakimi (SBN 228858)
anoush@handslawgroup.com
Peter Shahriari (SBN 237074)
peter@handslawgroup.com
Lauren Davis (SBN 294115)
lauren@handslawgroup.com
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
1800 Vine Street
Los Angeles, CA 90028
Telephone: (888) 635-2250
Facsimile: (213) 402-2170

Attorneys for Plaintiff,
**JAMES SHAYLER**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SHAYLER, an individual, | Case No. 2:20-cv-10051-MWF-PVC |
| Plaintiff, | |
| v. | Hon. Michael W. Fitzgerald |
| MMWH GROUP LLC, a California Limited Liability Company; WASIM HAMAD, an individual; and DOES 1-10, | **SETTLEMENT STATUS** |
| Defendants. | |

///

///

///

STATUS UPDATE

Plaintiff has signed the settlement agreement jointly drafted with Defendant's counsel and has provided his signature to Defendant's counsel on all terms agreed to.

Dated: October 24, 2021        THE LAW OFFICE OF HAKIMI & SHAHRIARI

                               By:  /s/ Peter Shahriari
                                    PETER SHAHRIARI, ESQ.
                                    Attorney for Plaintiff James Shayler