Ara Sahelian, Esq., [CBN 169257]
SAHELIAN LAW OFFICES
25108 Marguerite Pkwy, Ste A
Mission Viejo, CA 92692
949. 859. 9200
e-mail: contact@sahelianlaw.com
Attorneys for MMWH Group LLC and Wasim Hamad

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT

| | |
|---|---|
| James Shayler, | **CASE NO.:** |
| | 2:20-cv-10051-MWF-PVC |
| Plaintiff, | The Honorable Michael W. Fitzgerald |
| | **NOTICE OF ERRATA RE:** |
| vs. | **STATUS ON SETTLEMENT** |
| MMWH Group LLC and Wasim | |
| Hamad, | |
| Defendants, | |

## <u>NOTICE OF ERRATA RE: STATUS ON SETTLEMENT</u>

The first submission of Defendants' Status Report on Settlement contained an error in line six. The report should read:


## <u>STATUS OF SETTLEMENT</u>

The parties have not reached resolution. While overall the parties are open to the concept of a settlement, Plaintiff insists on certain terms, to which Defendants will not agree.

Moreover, Defendants have not yet received Plaintiff's cooperation on pre-trial documents, despite repeated requests.


Respectfully submitted:

Dated: 10/24/22

_____/s/ Ara Sahelian_____

Ara Sahelian, Esq.

Attorney for Defendants