1  Anoush Hakimi (SBN 228858)
2  anoush@handslawgroup.com
   Peter Shahriari (SBN 237074)
3  peter@handslawgroup.com
4  Lauren Davis (SBN 294115)
   lauren@handslawgroup.com
5  **THE LAW OFFICE OF HAKIMI &**
6  **SHAHRIARI**
   1800 Vine Street
7  Los Angeles, CA 90028
8  Telephone: (888) 635-2250
9  Facsimile: (213) 402 - 2170

10  Attorneys for Plaintiff,
11  **JAMES SHAYLER**

12  [ADDITIONAL COUNSEL ON FOLLOWING
13  PAGE]

14
                    **UNITED STATES DISTRICT COURT**
15                  **CENTRAL DISTRICT OF CALIFORNIA**
16

17  JAMES SHAYLER, an individual,        | Case No.: 2:20-cv-10051-MWF-PVC
18                                        | Hon. Michael W. Fitzgerald
19       Plaintiff,
20    v.                                  | **REQUEST FOR SPECIAL**
                                          | **HEARING REGARDING**
21  MMWH GROUP LLC, a California          | **INTERFERENCE OF THIRD**
22  limited liability company; WASIM      | **PARTIES WITH THE**
    HAMAD, an individual; and Does 1-10,  | **RESOLUTION OF THIS**
23                                        | **LAWSUIT**
24       Defendants.
25
26
27
28

      This case has settled, however Defendant's counsel has unilaterally broke the agreement and now insists on more litigation, and insists on going to trial. This is not in the interest of his client and not what was clearly agreed to. It is evident that outside parties are impermissibly directing this matter to over litigate, fail to cooperate at every turn and force this matter (and others) into trial. This is being done to frustrate Plaintiff's counsel, at the expense of the Court and parties. Earlier this month, in anticipation of trial, Plaintiff's investigator completed an inspection of the property at issue and found <u>only one</u> remaining access barrier, left unremedied. The barrier is an excess change in level caused by warped truncated domes placed in the exterior route of travel between the designated disabled parking space and the entrance of the store. The cost and time required to remediate such a barrier is miniscule. It begs the question: Why are the Defendants allowing the continued existence of one (1) barrier, that can be removed in less than half and hour, with less than $50 of expense to remain?

      In light of the single barrier, Plaintiff's counsel immediately contacted defense counsel to end the litigation and avoid further burden on the Court, especially given the impending trial. Plaintiff's counsel offered defense counsel a mutual walk-away settlement, in light of the fact that all of the access barriers (but one that could be easily removed in half an hour) had been removed. Strangely, what would appear an excellent result to any other defendant was responded to by

Mr. Sahelian with vitriol, abusive language and emails directed at Plaintiff's counsel's entire staff. This is not the first time in this case that Mr. Sahelian has acted with a complete and utter lack of civility towards opposing counsel and office staff. However, this time he revealed his plan.

It was only when Plaintiff's counsel questioned Mr. Sahelian in writing about whether he had presented the offer to his client that Mr. Sahelian relented and agreed to settle the matter, provided that Plaintiff's counsel provide him with a settlement agreement. As requested a settlement agreement was immediately provided. Every single one of Mr. Sahelian's comments were incorporated and the settlement agreement was quickly signed and delivered by Plaintiff and Plaintiff's counsel to Mr. Sahelian. Mr. Sahelian, then demanded a signed dismissal which was also promptly provided. Despite the fact that Plaintiff's counsel has taken all action to informally resolve this matter and negate the need for a trial regarding the one access barrier which can be remediated in one afternoon, Mr. Sahelian NOW refuses to sign the settlement agreement and dismiss the case. Now, Mr. Sahelian has done a complete 180 degree turn and has reneged on the settlement agreement. Now <u>he</u> wants a trial.

It is clear that Mr. Sahelian is abusing this process and the trial to intimidate the Plaintiff and frustrate Plaintiff's counsel. This is part of a general scheme to mire the courts in unnecessary and disingenuous litigation so as to caste a negative

light on disability advocacy. Why did Defendants not remediate the final element? Plaintiff's counsel has no doubt that after Plaintiff has incurred the cost of preparing for trial, Defendants will spend the small amount of money (less than $50) required to remediate that violation and moot out the case. This nefarious scheme is plainly evident.

This is abuse of process. It is clear that their bad faith drove the over-litigation of this action. Attached as Exhibit A are relevant emails exchanged between Plaintiff's counsel and Mr. Sahelian.

Plaintiff's counsel is informed and believes that Mr. Sahelian is working with other attorneys (specifically, Stephen Abraham and James Link) in an organization called the "ADA Project," to create disfavor and animosity by the Courts towards disability advocacy. Mr. Link has threatened to "destroy" Mr. Shayler. Their agenda is clear: clog the courts with over-litigating ADA cases so that the courts look with disfavor on these important cases. They are driving the continuation of this matter. It is not the Plaintiff and it is not the Defendants. It is outside third parties. This is being done at the expense of the parties and the Court, as well as the taxpayers.

We respectfully request a hearing so that Mr. Sahelian can confirm or deny that he is being directed to refuse settlement by outside parties for the purpose of frustrating this process.

1
2
3
4  Dated: October 25, 2022          **THE LAW OFFICE OF HAKIMI & SHAHRIARI**
5
6
7                                   By: /s/Peter Shahriari
8                                        Peter Shahriari, Esq.
                                         Attorneys for Plaintiff James Shayler
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

| | |
|---|---|
| **From:** | Sahelian Law Offices |
| **To:** | Anoush Hakimi |
| **Cc:** | Peter Shahriari |
| **Subject:** | Re: JOINT DISMISSAL Shayler v. MMWH Group LLC et al, Case Number: 2:20-cv-10051-MWF-PVC |
| **Date:** | Tuesday, October 25, 2022 12:06:00 PM |

Gentlemen,

It may come as a surprise to you, but this is not the only case that I have on my desk. I also happen to be having lunch with a colleague.

I will get to it when I get to it. If you're not comfortable with that, you can always call the judge.

Thank you and have a great day.

On Tue, Oct 25, 2022 at 12:00 Anoush Hakimi <anoush@handslawgroup.com> wrote:

> Just to be clear. You are refusing to sign a settlement agreement that incorporated all of your comments and now you want to waste everyone's time with more time with the judge? Is there an issue with the signed dismissal sent to you? What exactly is the hold up?
>
> _____
>
> Anoush Hakimi, Esq.
>
>  the law office of
>
> Hakimi & Shahriari
>
> 1800 Vine Street, Los Angeles, CA 90028
>
> www.handslawgroup.com
>
> This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited. Note: No attorney-client relationship is formed until the parties have signed an attorney-client agreement. Attorneys do not provide any tax advice. Please consult your tax professional.

**From:** Sahelian Law Offices <contact@sahelianlaw.com>
**Sent:** Tuesday, October 25, 2022 11:57 AM
**To:** Anoush Hakimi <anoush@handslawgroup.com>; Peter Shahriari <peter@handslawgroup.com>
**Subject:** Re: JOINT DISMISSAL Shayler v. MMWH Group LLC et al, Case Number: 2:20-cv-10051-MWF-PVC

I think that's a great idea, Mr. Hakimi. I'd like some time with the judge too. Go ahead and prepare the application.

On Tue, Oct 25, 2022 at 09:53 Anoush Hakimi <anoush@handslawgroup.com> wrote:

> Here you go. Provide your clients' signatures to the settlement agreement and any comments you have to this dismissal by noon today, otherwise, we will request a special hearing with the Court.
>
> Anoush Hakimi, Esq.
>
> 
>
> the law office of
>
> Hakimi & Shahriari
>
> 1800 Vine Street, Los Angeles, CA 90028
>
> www.handslawgroup.com
>
> This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited. Note: No attorney-client relationship is formed until the parties have signed an attorney-client agreement. Attorneys do not provide any tax advice. Please consult your tax professional.

**From:** Sahelian Law Offices <contact@sahelianlaw.com>
**Sent:** Tuesday, October 25, 2022 4:18 AM
**To:** Anoush Hakimi <anoush@handslawgroup.com>; Peter Shahriari <peter@handslawgroup.com>
**Subject:** Re: JOINT DISMISSAL Shayler v. MMWH Group LLC et al, Case Number: 2:20-cv-10051-MWF-PVC

I want to see a copy of the sIgned JOINT DISMISSAL before we go any further. I'm not wasting time, gentlemen.

Get it right the first time and don't try to be clever.

On Mon, Oct 24, 2022 at 17:11 Anoush Hakimi <anoush@handslawgroup.com> wrote:

> You are misleading the Court. You said sign the settlement agreement and it was signed. Why do you insist on misleading the Court?Just sign the agreement, with all of your changes incorporated and let's take this off the busy Court's docket.
>
> Sent from my iPhone
>
>> On Oct 24, 2022, at 5:02 PM, Sahelian Law Offices <contact@sahelianlaw.com> wrote:
>>
>> Mr. Shahriari,
>>
>> I don't have time for nonsense.
>>
>> Thank you.

> On Mon, Oct 24, 2022 at 4:21 PM Peter Shahriari <peter@handslawgroup.com> wrote:
>
>> Mr. Sahelian, attached is the signed settlement agreement (in full) signed by plaintiff and counsel. It incorporates all of your revisions and no other changes have been made. To be clear, as we previously informed you, Plaintiff believes that because there is only one remaining access barrier at the property and we did not feel that the Court's time would be well spent on a costly trial regarding one remaining, access barrier, which defendant can (and should) easily resolve. We also do not want to allow you and those who propped up this case up to be able to abuse the Court as planned. It is clear you are abusing this process and the trial to intimidate the Plaintiff and frustrate our work. This is part of a general scheme to mire the Courts in unnecessary and disingenuous litigation so as to caste a negative light on disability advocacy. Why did you not remediate the final element? Your scheme is obvious. I have no doubt that after we had incurred the cost of preparing for trial, defendant would spend the small amount of money required to remediate that violation and moot out the case. Your nefarious scheme is plainly evident It is clear that your bad faith drove the over litigation of this action, and we are aware of your conspiracy with Stephen Abraham, James Link and others at the "ADA Project." We don't believe that the court's time should be exploited by third parties that are not involved in cases.
>>
>> **From:** Sahelian Law Offices <contact@sahelianlaw.com>
>> **Sent:** Monday, October 24, 2022 4:04 PM
>> **To:** Peter Shahriari <peter@handslawgroup.com>
>> **Subject:** Re: FAILURE TO NEGOTIATE IN GOOD FAITH Shayler v. MMWH Group LLC et al, Case Number: 2:20-cv-10051-MWF-PVC
>>
>> This is a signature page on its own.
>>
>> It's meaningless.
>>
>> Where's the rest of the agreement?
>>
>> On Mon, Oct 24, 2022 at 3:46 PM Peter Shahriari <peter@handslawgroup.com> wrote:
>>
>>> Attached is the signed settlement agreement.

**From:** Sahelian Law Offices <contact@sahelianlaw.com>
**Sent:** Monday, October 24, 2022 2:31 PM
**To:** Anoush Hakimi <anoush@handslawgroup.com>
**Cc:** Peter Shahriari <peter@handslawgroup.com>
**Subject:** Re: FAILURE TO NEGOTIATE IN GOOD FAITH Shayler v. MMWH Group LLC et al, Case Number: 2:20-cv-10051-MWF-PVC

I never agreed to to the paragraphs you inserted into what was to be a simple settlement agreement.

The changes to the settlement agreement are in red.

It's very simple, gentlemen: either sign the agreement, or submit the trial prep documents TODAY.

On Mon, Oct 24, 2022 at 2:12 PM Anoush Hakimi <anoush@handslawgroup.com> wrote:

> There is no Unruh Cause of Action remaining in this case. The Court literally does not have jurisdiction to dismiss the Unruh cause of action and therefore a settlement agreement is necessary if you wish "your client" to be released globally.
>
> Anoush Hakimi, Esq.
>
>  the law office of
>
> Hakimi & Shahriari

1800 Vine Street, Los Angeles, CA 90028

[www.handslawgroup.com](www.handslawgroup.com)

This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited. Note: No attorney-client relationship is formed until the parties have signed an attorney-client agreement. Attorneys do not provide any tax advice. Please consult your tax professional.

**From:** Sahelian Law Offices <contact@sahelianlaw.com>
**Sent:** Monday, October 24, 2022 2:08 PM
**To:** Peter Shahriari <peter@handslawgroup.com>
**Cc:** Anoush Hakimi <anoush@handslawgroup.com>
**Subject:** Re: FAILURE TO NEGOTIATE IN GOOD FAITH Shayler v. MMWH Group LLC et al, Case Number: 2:20-cv-10051-MWF-PVC

If Plaintiff wants a settlement, then prepare a JOINT REQUEST FOR DISMISSAL WITH PREJUDICE - on the ADA and Unruh causes - for a waiver of costs.

There is no need for a settlement agreement.

Otherwise, I remind you that the joint pretrial conference order is due on October 31st.

I need your preliminary draft no later than TODAY.
A status report on settlement is also due TODAY.

Do you have your draft ready?

When should I expect these documents?

On Mon, Oct 24, 2022 at 1:47 PM Peter Shahriari <peter@handslawgroup.com> wrote:

> Mr. Sahelian, we have no choice but to inform the Court it is obvious this settlement negotiation is being driven by concerns outside the interests of the parties, including the defendant.
>
> ---
>
> **From:** Sahelian Law Offices <contact@sahelianlaw.com>
> **Sent:** Monday, October 24, 2022 1:32 PM
> **To:** Peter Shahriari <peter@handslawgroup.com>
> **Cc:** Anoush Hakimi <anoush@handslawgroup.com>
> **Subject:** Re: SETTLEMENT AGREEMENT DRAFT Shayler v. MMWH Group LLC et al, Case Number: 2:20-cv-10051-MWF-PVC
>
> Para 11 "non-assistance" is rejected.
>
> On Mon, Oct 24, 2022 at 13:27 Sahelian Law Offices <contact@sahelianlaw.com> wrote:
>
>> There will be no "liquidated damages."
>>
>> On Mon, Oct 24, 2022 at 13:24 Sahelian Law Offices <contact@sahelianlaw.com> wrote:
>>
>>> I did not agree to a "mutual confidentiality" or "mutual nondisparagement."
>>>
>>> This is nonstarter unless those paragraphs are removed.
>>>
>>> On Mon, Oct 24, 2022 at 11:14 Peter Shahriari <peter@handslawgroup.com> wrote:
>>>
>>>> Attach is the draft settlement agreement.

**From:** Sahelian Law Offices <contact@sahelianlaw.com>
**Sent:** Wednesday, October 19, 2022 8:22 PM
**To:** Peter Shahriari <peter@handslawgroup.com>
**Cc:** Anoush Hakimi <anoush@handslawgroup.com>
**Subject:** Re: Your Telephone Call

Matter: Shayler v. MMWH Group LLC et al, Case Number: 2:20-cv-10051-MWF-PVC, United States District Court, Central District of California, The Honorable Michael W. Fitzgerald

Mr. Shahriari,

The joint pretrial conference order on Shayler v. MMWH Group is due on October 31st.

We'll need your preliminary draft no later than Monday, October 24th.
Moreover, a status report on settlement is due on October 24th.
Please respond in writing, and thank you for your attention to the above.

Regards,

Ara Sahelian

**SAHELIAN LAW OFFICES**

#458

25108 Marguerite Pkwy, Ste A

Mission Viejo, CA 92692-2400

(949) 859-9200
(949) 229-2849

On Wed, Oct 19, 2022 at 5:39 PM Peter Shahriari <peter@handslawgroup.com> wrote:

> Ara, we have not abandoned the case. We are trying to give your client a way out of this case. I tried to call you to discuss. Pl has authorized me to accept a mutual walk away dismissal, each side bearing their own expenses. This is contingent upon acceptance before Friday. After Friday we will have no

choice but to proceed with trial and inform the Court of your client's refusal to accept a 0 dollar resolution.

---

**From:** Sahelian Law Offices <contact@sahelianlaw.com>
**Sent:** Wednesday, October 19, 2022 4:52 PM
**To:** Peter Shahriari <peter@handslawgroup.com>
**Cc:** Anoush Hakimi <anoush@handslawgroup.com>
**Subject:** Re: Your Telephone Call

Dear Mr. Shahriari,

Please identify the case about which you are calling.

While I have your attention, the joint pretrial conference order on Shayler v. MMWH Group is due on October 31st. We'll need your preliminary draft no later than Monday, October 24th.

Moreover, a status report on settlement is due on October 24th. I believe we can announce that your client has abandoned the case? Is that a fair statement?

Please respond in writing, and thank you for your attention to the above.

Regards,

Ara Sahelian

**SAHELIAN LAW OFFICES**

#458

25108 Marguerite Pkwy, Ste A

Mission Viejo, CA 92692-2400

(949) 859-9200
(949) 229-2849

On Mon, Oct 17, 2022 at 4:09 PM Peter Shahriari <peter@handslawgroup.com> wrote:

Ara, yes, I'm quite busy too. It is important. Give me a call when you get a chance today or tomorrow.

---

**From:** Sahelian Law Offices <contact@sahelianlaw.com>
**Sent:** Monday, October 17, 2022 4:07 PM
**To:** Peter Shahriari <peter@handslawgroup.com>
**Subject:** Your Telephone Call

Dear Mr. Shahriari,

I am aware that you called and asked my assistant Audrey to speak to me. My schedule is impacted this week. If it's an emergency, please let me know the reason we need to speak.

Thank you for your attention to the above.

Regards,

Ara Sahelian

**SAHELIAN LAW OFFICES**

#458

25108 Marguerite Pkwy, Ste A

Mission Viejo, CA 92692-2400

(949) 859-9200
(949) 229-2849