Anoush Hakimi (SBN 228858)
anoush@handslawgroup.com
Peter Shahriari (SBN 237074)
peter@handslawgroup.com
Lauren Davis (SBN 294115)
lauren@handslawgroup.com
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
1800 Vine Street,
Los Angeles, CA 90028

Telephone: (888) 635-2250
Facsimile: (213) 402 - 2170

Attorneys for Plaintiff,
**JAMES SHAYLER**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SHAYLER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MMWH GROUP LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; WASIM HAMAD, AN INDIVIDUAL; AND DOES 1-10,<br><br>Defendants. | Case No.: 2:20-cv-10051-MWF-PVC<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS**<br><br>[Fed. R. Civ. P. Rule 41(a)(2)] |

   IT IS HEREBY STIPULATED by and between the Plaintiff James Shayler on the one hand, and Defendants MMWH Group LLC and Wasim Hamad, on the other hand, by themselves and/or through their respective attorneys of record that, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), this Court

enter a dismissal with prejudice of Defendants MMWH Group LLC and Wasim Hamad, from Plaintiff's Complaint, Case Number 2:20-cv-10051-MWF-PVC. The parties herein reached settlement of the present action.

Since no Defendants shall remain in this action, Plaintiff requests that Plaintiff's Complaint be dismissed with prejudice in its entirety. Each party will be responsible for their own fees and costs.

**IT IS SO STIPULATED.**

Dated: October 25, 2022        **THE LAW OFFICE OF HAKIMI & SHAHRIARI**


By: /s/Peter Shahriari
    Peter Shahriari, Esq.
    Attorney for Plaintiff


Dated: October 25, 2022        **THE LAW OFFICES OF ARA SAHELIAN**


By: /s/Ara Sahelian
    Ara Sahelian
    Attorney for Defendants


JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

*/s/ Peter Shahriari*

By: Peter Shahriari
Attorney for Plaintiff