JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Shayler, | Case No. CV 20-10051-MWF(PVCx) |
| Plaintiff, | **ORDER DISMISSING CIVIL ACTION** |
| v. | |
| MMWH Group LLC, et al., | |
| Defendants. | |

    THE COURT has received the Notice of Settlement/Dismissal [114] filed by counsel November 2, 2022, advising that this action has been settled, or is in the process of being settled.

    IT IS THEREFORE ORDERED that this action is hereby dismissed with prejudice.

Dated: November 3, 2022

MICHAEL W. FITZGERALD
United States District Judge